IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL BENNETT-WOFFORD, DANA WOFFORD, and MARK WOFFORD,<br><br>Plaintiffs,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>Defendant.<br>_____/ | No. C 15-02445 JSW<br><br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Charles R. Breyer to determine whether it is related to *Wofford v. Bayview Loan Servicing, LLC*, Case No. 09-6016 CRB. The case management conference set for September 4, 2015 at 11:00 a.m. is HEREBY VACATED and shall be reset, if necessary, by further order of the Court.

**IT IS SO ORDERED.**

Dated: September 3, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case 3:15-cv-02445-SI    Document 13    Filed 09/03/15    Page 2 of 2