Edward G. Schloss (CA Bar 102858)
Lior Katz (CA Bar 284559)
Edward G. Schloss Law Corp.
3637 Motor Ave, Suite 220
Los Angeles, CA 90034
Tel: 310-733-4488: Fax: 310-836-4888
Email: <egs2@ix.netcom.com>
C563/kt

Attorneys for Defendant
Bayview Loan Servicing, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA WOFFORD, an individual, GAIL WOFFORD, an individual, and MARK BENNETT, an individual,<br><br>Plaintiffs.<br><br>vs.<br><br>BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendants. | Case Number: 3:15-cv-2445-SI<br><br>Complaint Filed: June 2, 2015<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: January 15, 2016<br>Time: 2:30 p.m.<br>Ctrm: 10<br><br>*Assigned to: Honorable Susan Illston*<br>*Referred to: Magistrate Judge Nandor J. Vadas; Magistrate Judge Donna M. Ryu (Settlement)* |

After the Court's consideration of the Stipulation to Continue Case

Management Conference, and all other matters presented to the Court, the Court

hereby orders that the Stipulation to Continue Case Management Conference entered into between Defendant, BAYVIEW LOAN SERVICING, LLC, and Plaintiffs DANA WOFFORD, an individual, GAIL WOFFORD, an individual, and MARK BENNETT, an individual (in pro se), and filed with the Court on January 6, 2016 as docket entry #38, is hereby approved. The Court orders that the Case Management Conference presently set for Friday, January 15, 2016, at 2:30 p.m. in Courtroom Number 10, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA, shall be continued to Friday, February 26, 2016, at 2:30 p.m. in Courtroom No. 1, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA.

The Court further orders that all other terms of the Court's November 10, 2015 Order (docket entry # 25) setting the Case Management Conference shall remain in effect, except that Defendant's counsel shall serve copies of this Order on all parties to this action in accordance with Fed.R.Civ.P. 4 and 5. Following service, Defendant's counsel shall file a certificate of service with the clerk of this Court.

Dated:   1/7/16

_____
HONORABLE SUSAN ILLSTON
United States District Judge

Z:\LAW FILES\civil\152445 Order on Stip to Cont CMC.docx