UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL BENNETT-WOFFORD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 15-cv-02445-SI   (DMR)<br><br>**ORDER DENYING PLAINTIFFS' REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 42 |

On December 11, 2015, the Honorable Susan Illston referred this case for an emergency settlement conference. On December 14, 2015, the undersigned issued an order scheduling a January 26, 2016 settlement conference, and giving the parties a December 21, 2015 deadline to notify the court of any scheduling conflicts. On January 15, 2016, Plaintiffs filed an untimely request to reschedule. Docket No. 42. Defendant objected, noting among other things that its corporate counsel had already paid for cross-country airfare and hotel accommodations associated with the settlement conference. Docket No. 43.

The court denies Plaintiffs' request due to its lateness, as well as the fact that rescheduling would result in financial prejudice to Defendant. The settlement conference will go forward on January 26, 2016 as originally scheduled. All parties must attend, and must also comply with all instructions set forth in the court's December 14, 2015 scheduling order. Docket No. 37.

**IT IS SO ORDERED.**

Dated: January 19, 2016

Donna M. Ryu
United States Magistrate Judge