```
 1  MICHAEL M. CHING (209426)
    CHING & YAMAMOTO LLP
 2  160 Franklin Street, Suite 204
    Oakland, CA 94607
 3  Telephone:  (510) 922-9471
    Facsimile:  (510) 922-9473
 4
    Attorneys for Plaintiffs'
 5  Gail Bennett-Wofford, Dana Wofford and Mark Bennett
 6
 7                          UNITED STATES DISTRICT COURT
 8                         NORTHERN DISTRICT OF CALIFORNIA
 9                              SAN FRANCISCO DIVISION
10
```

| | |
|---|---|
| GAIL BENNETT-WOFFORD, DANA WOFFORD, AND MARK BENNETT, all individuals, <br><br> Plaintiff, <br><br> v. <br><br> BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1-20, inclusive, <br><br> Defendant. | Civil No. 3:15-cv-02445-SI <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> _____/ <br><br> **Judge:  Honorable Susan Illston** |

TO THE COURT AND PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT, plaintiffs Gail Bennett-Wofford, Dana Wofford and Mark Bennett, dismisses this action without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A).

Dated: February 11, 2016                              CHING & YAMAMOTO LLP

                                                     /s/ Michael M. Ching_____
                                                     MICHAEL M. CHING
                                                     Attorney for Plaintiffs

1

NOTICE OF VOLUNTARY DISMISSAL