*IT IS SO ORDERED*
*Judge Susan Illston* [signature]

MICHAEL M. CHING (209426)
CHING & YAMAMOTO LLP
160 Franklin Street, Suite 204
Oakland, CA 94607
Telephone: (510) 922-9471
Facsimile: (510) 922-9473

Attorneys for Plaintiffs'
Gail Bennett-Wofford, Dana Wofford and Mark Bennett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GAIL BENNETT-WOFFORD, DANA WOFFORD, AND MARK BENNETT, all individuals,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendant. | Civil No. 3:15-cv-02445-SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>_____/<br><br>**Judge: Honorable Susan Illston** |

TO THE COURT AND PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT, plaintiffs Gail Bennett-Wofford, Dana Wofford and Mark Bennett, dismisses this action without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A).

Dated: February 11, 2016          CHING & YAMAMOTO LLP

                                  /s/ Michael M. Ching
                                  MICHAEL M. CHING
                                  Attorney for Plaintiffs

1
NOTICE OF VOLUNTARY DISMISSAL